UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ARTURO OCIEL LOPEZ VASQUEZ,
Petitioner,

v.

JEREMY CASEY,
Respondent.

Case No.: 26-cv-4702-RSH-DEB

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

On August 17, 2026, petitioner Arturo Ociel Lopez Vasquez, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. On August 27, 2026, the Government filed a return in which it argued that the Petition is moot because a bond hearing was scheduled for September 1, 2026. ECF No. 4. In response to an order from this Court, the Government filed a status report on September 11, 2026, informing the Court that Petitioner withdrew his request for a bond hearing. *See* ECF No. 6. Attached as an exhibit to that status report is an order of an Immigration Judge ("IJ") dated September 8, 2026, indicating that Petitioner withdrew his request for a bond hearing. *See* ECF No. 6-1, at 1.

//

//

In light of the foregoing, the Petition is **DISMISSED WITHOUT PREJUDICE** to Petitioner Lopez Vasquez's filing of a renewed petition for writ of habeas corpus, should he make a request for a bond hearing and not be provided one. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 11, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge